Friday February 13, 2015

Ms. Cathy S. Lusk
Twelfth Court of Appeals
1517 West Front Street
Tyler, Tx 75702



FILED IN COURT OF APPEALS
12th Court of Appeals District
FEB 17 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

Timothy Dale Wood        Re: Case Number 12-14-00045-CR
vs.                          Trial Court Case Number B-20,140
The State of Texas

Ms. Cathy S. Lusk, Clerk;

   I appoligize for the miscommunication on my Part. I didn't realize my appeal was in process. My attorney had droped me because she said there were no grounds for an appeal. I did not no what I was to do. I do not want to abandon this request to appeal so may I request an attorney? Because I am incargarated and have been I have no funds to be able to afford one. I do not want to tant or confuse the matter at hand. This is my prayer to the Court. Thank you Ms. Lusk.

Respectfully,

Timothy Wood
Timothy Dale Wood.